5945.  McNAIR *et al.,* administrators, *v.* NEWSOME.

BROYLES, J. 1. The evidence authorized the verdict.

2. The only assignment of error, in addition to the usual grounds, being the refusal of the court to grant a new trial on account of alleged newly discovered evidence, and that evidence being impeaching in its character, and the alleged newly discovered witness, as shown in the counter-showing, being in the employ of the plaintiffs in error at the time of the trial, and being in actual attendance upon the trial, on subpœna as a witness for the plaintiffs in error, this court can not hold that the trial judge abused his discretion in overruling the motion for a new trial.                    *Judgment affirmed.*

DECIDED JUNE 3, 1915.

Complaint; from city court of Louisville—Judge Strange presiding.  June 30, 1914.

*R. N. Hardeman,* for plaintiffs in error.

*M. C. Barwick,* contra.